NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREGORY W. INGRAM,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3186

---

Petition for review of the Merit Systems Protection Board in case no. DC831E090776-I-1.

---

## ON MOTION

---

## ORDER

Gregory W. Ingram moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory W. Ingram
     Russell A. Shultis, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK